UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CAMARILLO, | ) CASE NO. CV07-3469-ODW (SHx) |
| | ) Assigned for All Purposes to: |
| Plaintiff, | ) Hon. Otis D. Wright II |
| | ) |
| v. | ) **ORDER RE STIPULATED** |
| | ) **PROTECTIVE ORDER** |
| CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, OFFICERS CUNNINGHAM, WEST, FLOREZ, VIZCARRA and DOES 1-30, | ) ) ) ) ) |
| Defendants. | ) |
| | ) *(For Determination By Magistrate Judge Stephen J. Hillman)* |

///

1

## ORDER ON STIPULATION FOR PROTECTIVE ORDER

2 After full consideration, the requested protective order is hereby issued, with
3 all parties bound by the Agreement to be Bound by Confidentiality Stipulation,
4 attached as Exhibit A to the Stipulation and Protective Order.

5

6 DATED: November 12, 2009 \_\_\_\_/S/_____
*Hon. Stephen J. Hillman*
7 *Magistrate Judge of the United States*
*District Court*
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28