1 | CARMEN A. TRUTANICH, City Attorney (SBN No. 86629x)
2 | ZNA PORTLOCK HOUSTON, Senior Assistant City Attorney
**JENNIFER HANDZLIK**, Deputy City Attorney (SBN No. 193037)
3 | 200 North Main Street, 800 City Hall East
Los Angeles, California 90012-4131
4 | Telephone No.: (213) 978-7151
Facsimile No.: (213) 978-8315
5 | E-mail: jennifer.handzlik@lacity.org
6 | Attorneys for Real Party in Interest
Personnel Department of the City of Los Angeles

FILED
CLERK U.S. DISTRICT COURT
APR 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
2010 APR 20 PM 2:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PABLO CAMARILLO, ) CASE NO. CV07-3469 ODW (SHx)
)
) **[PROPOSED ORDER]**
Plaintiffs, )
)
)
vs. )
)
CITY OF MAYWOOD, et. al, )
)
Defendants. )
_____ )
)
PERSONNEL DEPARTMENT OF )
THE CITY OF LOS ANGELES, )
)
Real Party in Interest. )
)
_____ )

## [~~PROPOSED~~] ORDER

The Court has reviewed the foregoing stipulation of counsel and finds that good cause has been shown to enter an Order adopting the terms of the stipulation; accordingly;

IT IS HEREBY ORDERED that the terms of the stipulation of counsel are incorporated here at and shall be the Order of this Court.

The City of Los Angeles shall lodge with the Court under seal the documents at issue not later than 4/28/10. The Court will notify counsel when it completes ~~intends to conduct~~ the in camera review.

IT IS SO ORDERED.

DATED: 4/23/10                    _____

UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE
## (VIA VARIOUS METHODS)

I, the undersigned, say: I am over the age of 18 years and not a party to the within action or proceeding. My business address is 800 City Hall East, 200 North Main Street, Los Angeles, California 90012.

On **April 20, 2010**, I served the foregoing document(s) described as

### [PROPOSED] ORDER

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Ellen Hammill Ellison<br>Law Offices of Ellen Hammill Ellison<br>3435 Wilshire Blvd., #2900<br>Los Angeles, CA 90010 | Brian P. Keighron, Esq.<br>Law Offices of Alan E. Wisotsky<br>300 Esplanade Drive, Suite 1500<br>Oxnard, CA 93036<br><br>Thomas V. Perea, Esq.<br>695 Town Centre Drive, Suite 700<br>Costa Mesa, CA 92626 |

[X] **BY MAIL** - I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business, with prepaid postage; and/ or

[ ] **BY PERSONAL SERVICE** - ( ) I delivered by hand, ( ) I caused to be delivered via messenger service, or ( ) I caused to be delivered via Document Services, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[ ] **BY FACSIMILE TRANSMISSION** - I caused the document to be transmitted to the offices of the addressee on the date specified above. The document was sent by fax from telephone number (XXX) XXX-XXXX and the transmission was reported complete and without error.

[ ] **BY OVERNIGHT COURIER** - I deposited such envelope in a regularly maintained overnight courier parcel receptacle prior to the time listed thereon for pick-up. Hand delivery was guaranteed by the next business day.

[ ] - **Federal** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 20, 2010**, at Los Angeles, California.

_____
FRANKIE DOMINGUEZ