O

# United States District Court
# Central District of California

| | |
|---|---|
| PABLO CAMARILLO, et al., | Case No. 2:07-cv-03469-ODW(SHx) |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO** |
| CITY OF MAYWOOD, et al., | **FILE ADDITIONAL** |
| Defendants | **DECLARATIONS [336]** |

On May 14, 2014, the Court—in light of the Ninth Circuit Court of Appeals' Mandate—issued an Order reopening this case to reconsider the attorneys'-fees issue in this action. (ECF No. 337.) Plaintiff moves for leave to file additional declarations to address the issues raised by the Ninth Circuit in its Opinion, *Gonzalez v. Maywood*, 729 F.3d 1196 (9th Cir. 2013). Defendants oppose this Motion, arguing that Plaintiffs are not entitled to submit new evidence to support their attorneys'-fees motion.

The law-of-the-case doctrine precludes a lower court from "reconsidering an issue decided previously by the same court or by a higher court in the identical case. *Hall v. City of L.A.*, 697 F.3d 1059, 1067 (9th Cir. 2012). The broader rule of mandate provides that, "A district court that has received the mandate of an appellate court cannot vary or examine that mandate for any purpose other than executing it." *Id.* But a district court is not precluded from determining issues left undecided— implicitly or expressly—by the appellate court. *United States v. Kellington,* 217 F.3d

1084, 1092–94 (9th Cir. 2000); *United States v. Alstyne*, 510 F. App'x 622, 623 (9th Cir. 2013).

The Ninth Circuit found error in this Court's computation of Plaintiffs' lodestar figure. *Gonzalez*, 729 F.3d at 1205. The task for this Court on remand is to "determine reasonable hourly rates based on the prevailing market rates in the relevant community." *Id.* at 1206 (internal quotation marks omitted). . Defendants are correct that "The Mandate does not require, or even suggest, additional briefing or that the parties start again with new evidence." (Opp'n 7.) But neither does the Mandate foreclose it. The Court would be aided by the parties rebriefing of the attorneys'-fees issue, and by presentation of any additional relevant or clarifying evidence. Accordingly, Plaintiffs' Motion for Leave to File Additional Declarations is **GRANTED**. (ECF No. 336.) Plaintiff shall file its Motion for Attorneys' Fees as a regularly noticed motion, with a hearing set for **no later than Monday, September 22, 2014.**

**IT IS SO ORDERED.**

June 16, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**